UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 02-207(DSD/JMM)

John Edwin Garrison,

Plaintiff,

v.

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

James Meyers,

Defendant.

The above-captioned case has been assigned to the undersigned, a judge of the above court. Pursuant to Title 28, Section 455, the undersigned recuses himself from hearing this matter.

**ACCORDINGLY, IT IS HEREBY ORDERED** that pursuant to this court's Assignment of Cases Order dated April 2, 2001, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Civil Rights List of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this order shall be filed in the above-captioned case.

Dated: January 24, 2002

David S. Doty, Judge
U.S. District Court

4

FILED JAN 24 2002
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials JP

Date: January 28, 2002 jr

R E C O R D O F D O C K E T T E X T

0:02-cv-00207 Garrison v. Meyers

DOCKET ENTRY

Disqualification and ORDER For Reassignment ( Judge David S. Doty ) Case reassigned to Judge John R. Tunheim per the 440 civil rights list, and Case referred to Magistrate Judge Franklin L. Noel. Case number remains the same except for Judges' initials 02-207 JRT/FLN. Case number with new Judges' initials to be used on all future pleadings and papers submitted to the Court regarding this civil action 02-207 JRT/FLN. 1pg(s) (cc: all counsel)

Hon. John R Tunheim, Judge

THIS NOTICE SENT TO ALL COUNSEL