# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

John Edwin Garrison

Case No. Civil 02-207JRT/FLN

v.

**JUDGMENT IN A CIVIL CASE**

James Meyers, Virgil Anderson, Jr.,
Johnny Morris, Craig Kiebach,
James Lupient and Kevin Common

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the complaint is DISMISSED WITHOUT PREJUDICE and plaintiff's application to proceed without prepayment of fees is DENIED.

DATE: March 12, 2002

RICHARD D. SLETTEN, CLERK

______________________________
Denise La Fond, Deputy Clerk